# EXHIBIT X

**EXHIBIT E**

*(For currency values, ARS billions unless otherwise indicated)*

### Actual Real GDP (constant 1993 prices) for Reference Year 2013

| | | | |
|---|---|---|---:|
| 1 | EMAE Index (constant 1993 prices) for Reference Year 2012 | | 198.0 |
| 2 | EMAE Index (constant 1993 prices) for Reference Year 2013 | | 207.7 |
| 3 | Growth Rate of EMAE Index (constant 1993 prices) from 2012 to 2013 | **(Row 2 ÷ Row 1 ) - 1** | 4.914% |
| 4 | Actual Real GDP (constant 1993 prices) for Reference Year 2012 | | ARS 468.3 |
| 5 | Actual Real GDP (constant 1993 prices) for Reference Year 2013 | **Row 4 × (Row 3 + 1)** | ARS 491.3 |

### Base Case GDP for Reference Years 2012 and 2013, Adjusted for Change in Year of Base Prices

| | | | |
|---|---|---|---:|
| 6 | Actual Real GDP (constant 2004 prices) for Reference Year 2012 | | ARS 844.8 |
| 7 | Actual Real GDP (constant 1993 prices) for Reference Year 2012 | | ARS 468.3 |
| 8 | Adjustment Fraction for Reference Year 2012 | **Row 6 ÷ Row 7** | 1.80 |
| 9 | Base Case GDP for Reference Year 2012, per Global Security | | ARS 361.1 |
| 10 | Base Case GDP for Reference Year 2012, adjusted for change in Year of Base Prices | **Row 8 × Row 9** | ARS 651.5 |
| 11 | Actual Real GDP (constant 2004 prices) for Reference Year 2013 | | ARS 869.5 |
| 12 | Actual Real GDP (constant 1993 prices) for Reference Year 2013 | | ARS 491.3 |
| 13 | Adjustment Fraction for Reference Year 2013 | **Row 11 ÷ Row 12** | 1.77 |
| 14 | Base Case GDP for Reference Year 2013, per Global Security | | ARS 372.8 |
| 15 | Base Case GDP for Reference Year 2013, adjusted for change in Year of Base Prices | **Row 13 × Row 14** | ARS 659.7 |

## EXHIBIT E (Cont'd)

*(For currency values, ARS billions unless otherwise indicated)*

**Payment Amount for Reference Year 2013**

| | | | |
|---|---|---|---|
| 16 | Actual Nominal GDP | | ARS 3,339.6 |
| 17 | Actual Real GDP (constant 2004 Prices) | | ARS 869.5 |
| 18 | GDP Deflator | Row 16 ÷ Row 17 | 3.84 |
| 19 | Nominal Base Case GDP | Row 15 × Row 18 | ARS 2,533.7 |
| 20 | Excess GDP | Row 16 - Row 19 | ARS 805.9 |
| 21 | Unit of Currency Coefficient | | 0.012225 |
| 22 | Available Excess GDP (Pesos/$1.00 notional amount of GDP Warrant) | .05 × Row 20 × Row 21 | ARS 0.49260 |
| 23 | Average USD / ARS FX Rate for 15 Days Preceding 12/31/13 | | 6.41407 |
| 24 | Payment Amount due per $1.00 notional amount of GDP Warrants (US$) | Row 22 ÷ Row 23 | $0.07680 |
| 25 | Payment Amount due as % of notional amount of GDP Warrants | | 7.680% |
| 26 | Notional amount of GDP Warrants outstanding (US$) | | $17,212,464,397 |
| 27 | Payment Amount due for GDP Warrants outstanding (US$) | Row 24 × Row 26 | $1,321,922,620 |

**EXHIBIT E (Cont'd)**

*(For currency values, ARS billions unless otherwise indicated)*

## Payment Conditions

### Condition 1

|  | **Is Actual Real GDP greater than Base Case GDP?** | **Row 30 > Row 31** | **Yes** |
|---|---|---|---|
| 28 | Actual Real GDP (constant 2004 prices) for Reference Year 2013 | | ARS 869.5 |
| 29 | Base Case GDP for Reference Year 2013, adjusted for change in Year of Base Prices | | ARS 659.7 |

### Condition 2

|  | **Is Actual Real GDP Growth greater than Base Case GDP Growth?** | **Row 32 > Row 33** | **Yes** |
|---|---|---|---|
| 30 | Actual Real GDP Growth for Reference Year 2013 | (Row 30 ÷ Row 6 ) - 1 | 2.925% |
| 31 | Base Case GDP Growth for Reference Year 2013 | (Row 31 ÷ Row 10 ) - 1 | 1.263% |

### Condition 3

|  | **Is Payment Amount due (as % of notional amount) less than amount remaining under Payment Cap?** | **Row 35 < Row 37** <br> **Row 39 < Row 41** | **Yes** |
|---|---|---|---|
|  | <u>2005 GDP Warrants:</u> | | |
| 32 | Prior Payment Amounts | | 18.040% |
| 33 | Payment Amount for Reference Year 2013 | | 7.680% |
| 34 | Payment Cap | | 48.000% |
| 35 | Amount remaining under Payment Cap | Row 36 - Row 34 | 29.960% |
|  | <u>2010 GDP Warrants:</u> | | |
| 36 | Prior Payment Amounts | | 10.648% |
| 37 | Payment Amount for Reference Year 2013 | | 7.680% |
| 38 | Payment Cap | | 40.609% |
| 39 | Amount remaining under Payment Cap | Row 40 - Row 38 | 29.960% |