IH-32                                                                    Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

Aurelius Capital Master, Ltd.; et al.

Plaintiff

vs.

The Republic of Argentina

Defendant

Case Number

26 Civ. ___

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Aurelius Capital Master, Ltd.; et al.

Plaintiff

vs.

The Republic of Argentina

Defendant

Case Number

23 Civ. 10838 (LAP)

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open          (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case concerns defendant the Republic of Argentina's alleged breach of its obligations under 2005 and 2010-issued U.S. Dollar-Denominated New York law GDP-Linked Securities for Reference Years after 2013. Argentina moved to dismiss the Plaintiffs' amended complaint in the earlier filed case. The Court granted in part and denied in part that motion on September 29, 2025, and the case is ongoing. The earlier filed case is also related to six actions filed in 2019 and 2020 concerning Argentina's alleged breach of its payment obligations under the same Securities for Reference Year 2013. See Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP), 19 Civ. 11338 (LAP), and 20 Civ. 10409 (LAP). The Court granted Argentina summary judgment and dismissed those cases in April 2024.  The Second Circuit affirmed the dismissal and, on August 29, 2025, issued its mandate.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because they both pertain to defendant the Republic of Argentina's alleged breaches of its obligations under the same securities issued by the Republic, namely 2005 and 2010-issued U.S. Dollar-Denominated New York law GDP-Linked Securities.

Signature: _Edward A. Friedman_    Date: January 14, 2026

Firm: Friedman Kaplan Seiler Adelman & Robbins LLP