UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

AURELIUS CAPITAL MASTER, LTD.; ACP          :
MASTER, LTD.; NOVORIVER S.A.; 683 CAPITAL   :
PARTNERS, LP; ADONA LLC; EGOZ I LLC; EGOZ   :
II LLC; MASTERGEN, LLC; ERYTHRINA, LLC;     :
AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC;  :          No. 26-cv-00337 (LAP)
WASO HOLDING CORPORATION; APE GROUP         :
SPA; ROMANO CONSULTING SPA; ICARO SRL;      :          **NOTICE OF APPEARANCE**
and ELAZAR ROMANO,                          :
                                            :
                                            :
                                            :
                   Plaintiffs,              :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                   Defendant.               :

------------------------------------------------------------------ x

   PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. and requests that the

undersigned hereinafter also be served with all papers in this action.

Dated: New York, New York
   March 13, 2026

     FRIEDMAN KAPLAN SEILER
      ADELMAN & ROBBINS LLP


      *S/ Daniel B. Rapport*
     Daniel B. Rapport (drapport@fklaw.com)
     7 Times Square, 28th Floor
     New York, NY 10036-6516
     (212) 833-1100

     *Attorneys for Plaintiffs Aurelius Capital*
     *Master, Ltd. and ACP Master, Ltd.*