UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
AURELIUS CAPITAL MASTER, LTD.;                              :
ACP MASTER, LTD.; NOVORIVER S.A.;                           :
683 CAPITAL PARTNERS, LP; ADONA LLC;                        :
EGOZ I LLC; EGOZ II LLC; MASTERGEN,                         :
LLC; ERYTHRINA, LLC; AP 2016 1, LLC; AP                     :
2014 3A, LLC; AP 2014 2, LLC; WASO                          :
HOLDING CORPORATION; APE GROUP SPA;                         :
ROMANO CONSULTING SPA; ICARO SRL;                           :        No. 1:26-cv-00337 (LAP)
and ELAZAR ROMANO,                                          :
                                                            :
                            Plaintiffs,                     :
                                                            :
                - against -                                 :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Aurelius Capital Master, Ltd.; ACP Master, Ltd.; Novoriver S.A.; 683 Capital Partners, LP; Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; WASO Holding Corporation; Ape Group SpA; Romano Consulting SpA; Icaro SRL; and Elazar Romano (collectively, "Plaintiffs"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 14, 2026, Plaintiffs filed their complaint in this action (ECF No. 1, the "Complaint");

WHEREAS, on March 16, 2026, the Republic moved to dismiss the Complaint (ECF Nos. 17-18, the "Motion to Dismiss");

4923-0848-6555.1

WHEREAS, under Local Civil Rule 6.1(b), Plaintiffs' papers in opposition to the Motion to be Dismiss would be due on March 30, 2026, and the Republic's reply papers would be due on April 6, 2026;

WHEREAS, no party has previously requested an extension or adjournment of the briefing schedule for the Motion to Dismiss; and

WHEREAS, Plaintiffs and the Republic have agreed upon a briefing schedule with respect to the Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1.    Plaintiffs shall file any papers in opposition to the Motion to Dismiss on or before April 20, 2026.

2.    The Republic shall file any reply papers in further support of the Motion to Dismiss on or before May 11, 2026.

Dated:  March 26, 2026

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda Flug Davidoff
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel for The Republic of Argentina

/s/ Edward A. Friedman
Edward A. Friedman
Daniel B. Rapport
Jeffrey C. Fourmaux
Michael S. Palmieri
Harry J. Liberman

FRIEDMAN KAPLAN SEILER
    ADELMAN & ROBBINS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 833-1100
Facsimile:    (212) 833-1250

Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.

4923-0848-6555.1

-3-

/s/ Evan A. Kubota
Javier Bleichmar
Evan A. Kubota

BLEICHMAR FONTI &
   AULD LLP
300 Park Avenue, Suite 1301
New York, NY 10022
Telephone:    (212) 789-1347
Facsimile:     (212) 205-3960

*Counsel for Plaintiff Novoriver S.A.*

/s/ Matthew M. Riccardi
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber

PERKINS COIE LLP
1155 Ave. of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone:  (212) 262-6900
Facsimile:  (212) 977-1649

*Counsel for Plaintiff 683
Capital Partners, LP*

/s/ Matthew S. Salerno
Matthew S. Salerno

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York  10020
Telephone:    (212) 906-1200
Facsimile:     (212) 751-4864

*Counsel for Plaintiffs Adona LLC; Egoz I
LLC; Egoz II LLC; Mastergen, LLC;
Erythrina, LLC; AP 2016 1, LLC; AP
2014 3A, LLC; AP 2014 2, LLC; and
WASO Holding Corporation*

/s/ Eric J. Grannis
Eric J. Grannis

LAW OFFICES OF ERIC J. GRANNIS
11 Broadway, Suite 615
New York, New York 10004
Telephone:  (212) 903-1025
Facsimile:  (212) 208-4597

*Counsel for Plaintiffs Ape Group SpA;
Romano Consulting SpA; Icaro SRL;
and Elazar Romano*

IT IS SO ORDERED, this ____ day of March, 2026:

_____
Hon. Loretta A. Preska
United States District Judge

4923-0848-6555.1